**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**JUDGE KOCORAS**
**MAGISTRATE JUDGE COX**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GLADYS SEARCY, individually and on behalf of all others similarly situated, vs. EFunds Corporation, d/b/a Deposit Payment Protection Services, Inc., and Deposit Payment Protection Services, Inc., | **08 C 985** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GLADYS SEARCY, individually and on behalf of all others similarly situated

| NAME (Type or print) |
|---|
| Scott L. Anderson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Scott L. Anderson |
| FIRM |
| Pretzel & Stouffer, Chartered |
| STREET ADDRESS |
| One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP |
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6269332 | (312) 346-1973 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐