**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE KOCORAS**
**MAGISTRATE JUDGE COX**

In the Matter of

GLADYS SEARCY, individually and on behalf of all others similarly situated,
vs.
EFunds Corporation, d/b/a Deposit Payment Protection Services, Inc., and Deposit Payment Protection Services, Inc.,

Case Number:

**08 C 985**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GLADYS SEARCY, individually and on behalf of all others similarly situated

| | |
|---|---|
| NAME (Type or print) | |
| Edward H. Nielsen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Edward H. Nielsen | |
| FIRM | |
| Pretzel & Stouffer, Chartered | |
| STREET ADDRESS | |
| One South Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0252296 | (312) 346-1973 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |