# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>GLADYS SEARCY<br>v.<br>eFUNDS CORPORATION, et al. | Case Number: 08 C 985 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants eFunds Corporation and Deposit Payment Protection Services, Inc.

| |
|---|
| NAME (Type or print)<br>David L. Hartsell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David L. Hartsell |
| FIRM<br>McGuireWoods LLP |
| STREET ADDRESS<br>77 W. Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6192380 | TELEPHONE NUMBER<br>(312) 849-8100 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2008, I caused the foregoing **APPEARANCE OF DAVID L. HARTSELL** to be served upon counsel listed below with the Clerk of the Court using the CM/ECF system which constitutes service on below counsel, registered e-filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:

Edward H. Nielsen
Scott L. Anderson
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606
(312) 346-1973
enielsen@pretzel-stouffer.com
sanderson@pretzel-stouffer.com


M. Reid Estes, Jr.
Martin D. Holmes
Stewart, Estes & Donnell, PLC
Fifth Third Center, Suite 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538
mrestes@sedlaw.com
mdholmes@sedlaw.com


                                             /s/ David L. Hartsell

\5267385.1