IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLADYS SEARCY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>eFUNDS CORPORATION, and DEPOSIT PAYMENT PROTECTION SERVICES, INC.,<br><br>Defendants. | Case No. 08 C 985<br><br>Judge Kocoras<br>Magistrate Judge Cox |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants eFunds Corporation and Deposit Payment Protection Services, Inc., by and through their undersigned counsel, and for their Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, state as follows: Deposit Payment Protection Services, Inc. is a wholly owned subsidiary of eFunds Corporation. The defendants' ultimate parent entity is Fidelity National Information Services, Inc. Fidelity National Information Services, Inc. is a publicly held corporation that indirectly owns 10% or more of the defendants' stock.

Dated: May 5, 2008

Respectfully Submitted,

eFUNDS CORPORATION and DEPOSIT
PAYMENT PROTECTION SERVICES, INC.

By:   */s/  David R. Esquivel*
         One of Their Attorneys

David R. Esquivel
Jeffrey P. Yarbro
BASS, BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
(615) 742-6285 Phone
(615) 742-0405 Fax
desquivel@bassberry.com

David L. Hartsell
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2008, I caused the foregoing **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** to be served upon counsel listed below with the Clerk of the Court using the CM/ECF system which constitutes service on below counsel, registered e-filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:

> Edward H. Nielsen
> Scott L. Anderson
> Pretzel & Stouffer, Chartered
> One South Wacker Drive
> Suite 2500
> Chicago, IL 60606
> (312) 346-1973
> enielsen@pretzel-stouffer.com
> sanderson@pretzel-stouffer.com

> M. Reid Estes, Jr.
> Martin D. Holmes
> Stewart, Estes & Donnell, PLC
> Fifth Third Center, Suite 1401
> 424 Church Street
> Nashville, TN 37219
> (615) 244-6538
> mrestes@sedlaw.com
> mdholmes@sedlaw.com

/s/ David R. Esquivel

6808735.1