IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLADYS SEARCY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> eFUNDS CORPORATION, d/b/a DEPOSIT PAYMENT PROTECTION SERVICES, INC., and DEPOSIT PAYMENT PROTECTION SERVICES, INC. <br><br> Defendants. | No. 08-C-985 <br><br> JUDGE KOCORAS <br><br> MAGISTRATE JUDGE COX |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants hereby move for summary judgment on all claims raised in Plaintiff's Complaint because they are time-barred. Defendants bring this motion pursuant to Rule 56, as opposed to Rule 12, because the motion turns on matters outside the pleadings, specifically the January 2005 SCAN Report requested and received by the Plaintiff. *See* Fed. R. Civ. P. 12(d); *see also* Fed. R. Civ. P. 56(a)(1) (authorizing a party to file a motion for summary judgment "any time after . . . 20 days have passed from commencement of the action."). Plaintiff did not reference or attach the January 2005 SCAN Report in her complaint. A copy of the January 2005 SCAN Report and the Declaration of Tonya Weber, the Senior Audit Compliance Specialist for eFunds Corporation, have been filed contemporaneously herewith.

The Fair Credit Reporting Act has a two-year statute of limitations, which commences upon the plaintiff's discovery of the alleged "violation that is the basis of liability." 15 U.S.C. § 1681p. Plaintiff Searcy first requested and received a SCAN Consumer File Disclosure Report in January 2005. Because Plaintiff discovered the alleged basis for liability on the part of Defendants at that point, this action filed on February 15, 2008, is barred by the FCRA statute of limitations.

Plaintiff's Complaint asserts two bases to extend the statute of limitations, neither of which saves her claims. First, Plaintiff urges the Court to apply equitable tolling due to a previously filed complaint that sought class certification. But the previous complaint, filed as a putative class action in Tennessee on June 18, 2007, was filed after Searcy's limitations period had already expired in January 2007.

Second, Plaintiff urges this Court to apply the continuing violation doctrine, which is inapplicable here. Plaintiff first requested and received a SCAN Report in January of 2005. Defendants' policies and procedures regarding the content of their consumer file disclosures, which are the subject of Plaintiff's Complaint, were in place well before January 2005 and remained unchanged throughout the relevant time period. Accordingly, the January 2005 SCAN Report contains no material differences from the SCAN Reports that are the putative basis for Plaintiff's claims. Because Plaintiff's discovery of the Defendants' allegedly deficient policies and procedures occurred in January 2005, the statute of limitations expired in January 2007, and this action should not be authorized to proceed.

For these reasons and the reasons more fully explained in the accompanying Memorandum of Law, Defendants respectfully request that this Court enter summary judgment against Plaintiff Searcy.

Respectfully Submitted,

s/ David R. Esquivel
David R. Esquivel (pro hac vice)
Jeffrey P. Yarbro (pro hac vice)
BASS, BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN  37238-3001
Phone:  615-742-6200
Fax:     615-742-0405

David L. Hartsell
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL  60601-1818
Phone: 312-750-8898
Fax:     312-920-6766

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I do hereby certify I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 5th day of May, 2008, which will send a notice of electronic filing to the following:

      Edward H. Nielson (IL Bar #0252296)
      Scott L. Anderson (IL Bar #6269332)
      Pretzel & Stouffer, Chartered
      One South Wacker Drive
      Suite 2500
      Chicago, IL  60606

      *Co-Counsel for the Plaintiff*

      M. Reid Estes, Jr.
      Martin D. Holmes
      Stewart, Estes & Donnell, PLC
      Fifth Third Center
      424 Church Street
      Suite 1401
      Nashville, Tennessee 37219

      *Lead Attorneys for Plaintiff*

      s/ David R. Esquivel
      David R. Esquivel

6789691.2