**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLADYS SEARCY,<br>individually and on behalf of all<br>others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>eFUNDS CORPORATION, d/b/a<br>DEPOSIT PAYMENT PROTECTION<br>SERVICES, INC., and DEPOSIT<br>PAYMENT PROTECTION SERVICES,<br>INC.<br><br>    Defendants. | No. 08-C-985<br><br>JUDGE KOCORAS<br><br>MAGISTRATE JUDGE COX |

## DECLARATION OF TONYA WEBER

I, TONYA WEBER, do hereby state and affirm as follows:

1. I am over eighteen years of age and provide this Declaration from my personal knowledge. I provide this Declaration in support of Defendants' Motion for Summary Judgment.

2. I am a citizen and resident of Washington County, Minnesota.

3. Between January 2000 and April 1, 2008, I was the Consumer Relations Specialist for eFunds Corporation. I am now the Senior Audit Compliance Specialist.

4. Upon the filing of the Complaint in this action by Plaintiff Gladys Searcy, I conducted research in the company's business records relating to the communications between Plaintiff and Defendants.

5. Based upon this research, I learned that Plaintiff Gladys Searcy first requested and received a SCAN Consumer File Disclosure Report in January of 2005.

Attached to this Declaration as Exhibit 1 is a true and accurate copy of the SCAN Consumer Report Order Form, dated January 18, 2005, that was submitted by Gladys Searcy. Attached to this Declaration as Exhibit 2 is a true and accurate copy of the SCAN Consumer File Disclosure that was sent to Ms. Searcy on January 21, 2005.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed on this 2nd day of May 2008, in Woodbury, Minnesota.

*Tonya Weber*
Tonya Weber

Jan 18 05 10:53a                                    1-425-675-3141                              p.1

Printable Order Form                                                                         Page 1 of 2



About  FAQ  Sample  Order  Protect Your Identity  Information Practices

## SCAN Consumer Report Order Form

Obtaining information under false pretenses is illegal. Obtaining a report on someone other than yourself is punishable by law, and can result in fines and/or imprisonment.

To process your request for a SCAN report, we need the following information:

Last Name: __Searcy__
First Name: __Gladys__
Middle Name or Initial: _____
Address:* ████████████████████████
(Street, PO Box, Apt #)
City: __Chicago__  State: __IL__  Zip: __60620__
Daytime Phone:* __(847) 819-8259__
Evening Phone:* __(312) 218-7967__
Bank Routing Number (nine digits): __0-71070801__
Checking Account Number: ████████__89__

If your check writing privileges were declined by a retailer please provide the following:

Retailer Name: _____
City and State: _____
Date Check was Declined: _____

Circle the type of ID(s) used and provide the necessary information for that ID.
U.S. Drivers License   Number: ████████__88__   State of Issuance: __IL__
State ID               Number: _____            State of Issuance: _____
Military ID            Number: _____
Resident Alien Card    Number: _____

Signature __[signed]__   Date __1/18/05__

*SCAN will correspond with you at the above address and phone numbers unless you request otherwise

Order by Mail:   SCAN
                 Attn: Research & Resolution
                 7805 Hudson Road, Suite 100
                 Woodbury, MN 55125

Order by FAX:    Fax to: SCAN
                 800-358-4506
                 Attn: Research & Resolution

```
                    Searcy Disc - 01-21-05 - Cover.txt
Deposit Payment Protection Services, Inc.
7805 Hudson Rd, Suite 100
Woodbury  MN  55125
```

January 21, 2005                                    PRIVATE AND CONFIDENTIAL

GLADYS J. SEARCY
9163 S CLAREMONT AVENUE
CHICAGO IL 60620

Re: Your inquiry of January 20, 2005

Dear Gladys Searcy:

The enclosed SCAN Report contains the information which you requested.

If you have any questions or concerns with respect to this information, please contact SCAN Consumer Referral Services at 1-800-358-4508.

SCAN provides information about checks returned by financial institutions and other account information which retailers and other businesses use to reduce their returned check losses and to improve their customer service.

Sincerely,

SCAN Consumer Referral Services
Deposit Payment Protection Services, Inc.


Enclosure:  SCAN Report




Please include this number in all correspondence: 32-411415864-4723918


Page 1

```
                     Searcy Disc - 01-21-05.txt
     CONFIDENTIAL -- for the use of:

     Gladys J. Searcy                    SCAN CONSUMER FILE DISCLOSURE
REPORT
     9163 S Claremont Avenue
     Chicago, IL 60620                   SCAN Reference Number:
411415864.
     This report was prepared January 21, 2005 at 06:26 a.m. Pacific time.
     This information has been prepared by the Deposit Payment Protection Services,
     Inc. (formerly known as Deluxe Payment Protection Systems) offices. Retailers
     and other businesses that subscribe to SCAN may require approximately two
     business days to update the SCAN database for any recent changes to your file.

     Should you have questions regarding this information, please call
(800)358-4508 or
     write to 7805 Hudson Rd, Suite 100 ,Woodbury  MN  55125 and refer to your SCAN

     Reference Number: 411415864.

     =================================================IDENTIFICATION
     =============================================

     This report is based upon the following identification information you have

     provided to SCAN:


         Bank/Financial Institution Account Number:  271070801 ████04
         Bank/Financial Institution Account Number:  271070801 ████89
         Driver's License/ID Number:  IL  ████88


     ==============================================================================
     ============================= REPORTING SOURCE/PAYEE CONTACT INFORMATION
     =======================


     ============================= CONSUMER STATEMENT INFORMATION
     =============================




                                    Page 1
```

Searcy Disc - 01-21-05.txt

---
Please include this number in all correspondence: 32-411415864-4723918.
Page 1

Page 2