# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY SAMMONS and CHERYL BEAUDRY, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 3-07-0656 JUDGE ECHOLS MAGISTRATE JUDGE BRYANT CLASS ACTION COMPLAINT JURY DEMAND |
| Plaintiffs, | | |
| vs. | | |
| eFUNDS CORPORATION, d/b/a DEPOSIT PAYMENT PROTECTION SERVICES, INC. and DEPOSIT PAYMENT PROTECTION SERVICES, INC., | | |
| Defendants. | | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Come the Plaintiffs and file this Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which permits such voluntary dismissal without court approval where, as here, Defendants have filed no answer or motion for summary judgment. Moreover, as no class has yet been certified, Fed. R. Civ. P. 23(e) does not apply.

Respectfully submitted,

STEWART, ESTES & DONNELL, PLC

By: /s/ Martin D. Holmes
    Martin D. Holmes, #12122
    Fifth Third Center, Suite 1401
    424 Church Street
    Nashville, TN 37219
    (615) 244-6538
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2008, a true and exact copy of the foregoing has been served upon filing users through the Electronic Filing System and to all parties not served through the Electronic Filing System via U.S. Mail to:

Anthony J. McFarland, Esq.
David R. Esquivel, Esq.
BASS, BERRY & SIMS, PLC
AmSouth Center, Suite 2700
315 Deaderick Street
Nashville, TN 37238-3001

Scott J. Hyman, Esq.
STEVERSON & WERSON
19100 Von Karman Avenue
Suite 700
Irvine, CA 92612

/s/ Martin D. Holmes
Martin D. Holmes