IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLADYS SEARCY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 985 |
| v. | ) ) | Judge Kocoras |
| eFUNDS CORPORATION, and DEPOSIT PAYMENT PROTECTION SERVICES, INC., | ) ) ) ) | Magistrate Judge Cox |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To:  See Attached Service List

     PLEASE TAKE NOTICE that on **Tuesday, May 13, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles P. Kocoras or any judge sitting in his stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1725, and then and there present the attached **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT,** a copy of which is served upon you.

Dated: May 5, 2008

Respectfully Submitted,

eFUNDS CORPORATION and DEPOSIT
PAYMENT PROTECTION SERVICES, INC.

By:   */s/* David R. Esquivel
     One of Their Attorneys

David R. Esquivel
Jeffrey P. Yarbro
BASS, BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
(615) 742-6285 Phone
(615) 742-0405 Fax
desquivel@bassberry.com
jyarbro@bassberry.com

David L. Hartsell
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2008, I caused the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be served upon counsel listed below with the Clerk of the Court using the CM/ECF system which constitutes service on below counsel, registered e-filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:

>   Edward H. Nielsen
>   Scott L. Anderson
>   Pretzel & Stouffer, Chartered
>   One South Wacker Drive
>   Suite 2500
>   Chicago, IL 60606
>   (312) 346-1973
>   enielsen@pretzel-stouffer.com
>   sanderson@pretzel-stouffer.com

>   M. Reid Estes, Jr.
>   Martin D. Holmes
>   Stewart, Estes & Donnell, PLC
>   Fifth Third Center, Suite 1401
>   424 Church Street
>   Nashville, TN 37219
>   (615) 244-6538
>   mrestes@sedlaw.com
>   mdholmes@sedlaw.com

>                    /s/ David R. Esquivel

2