IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLADYS SEARCY, individually and on behalf of all others similarly situated, | ) ) ) ) | No. 08-C-985 |
| Plaintiff, | ) ) ) | JUDGE KOCORAS |
| v. | ) ) ) | MAGISTRATE JUDGE COX |
| eFUNDS CORPORATION, d/b/a DEPOSIT PAYMENT PROTECTION SERVICES, INC., and DEPOSIT PAYMENT PROTECTION SERVICES, INC. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Defendants file this Statement of Undisputed Material Facts in support of their motion for summary judgment.

1.  Plaintiff Gladys Searcy is a resident and citizen of Chicago, Illinois. Compl. ¶ 8.

    **RESPONSE:**

2.  Defendant eFunds Corporation is a Delaware corporation with its principal place of business in Scottsdale, Arizona. Compl. ¶ 9.

    **RESPONSE:**

3.      Defendant Deposit Payment Protection Services, Inc. is a Delaware corporation with its principal place of business in Scottsdale, Arizona. Compl. ¶ 12.

**RESPONSE:**


4.      Plaintiff Gladys Searcy has filed a cause of action in the Northern District of Illinois, claiming that Defendants have violated the Fair Credit Reporting Act ("FCRA") "by refusing or failing to provide consumers with disclosures that comply with 15 U.S.C. § 1681g." Compl. ¶ 2. Specifically, Plaintiff alleges that Defendants have a uniform policy, practice and procedure for responding to consumers' requests for disclosures, and that Defendants' disclosures fail to provide (1) all information in the consumer's file at the time of the request, (2) the sources of the information in the consumer's file, and (3) the names of the persons who procured consumer reports from Defendants regarding the consumer during the one-year period preceding the consumer's request. *Id.* ¶¶ 57-60.

**RESPONSE:**


5.      Because Plaintiff's cause of action arises under the FCRA, this Court has jurisdiction pursuant to 28 U.S.C. § 1331. Compl. ¶ 6.

**RESPONSE:**

2

6. Because Defendants conduct business in the State of Illinois and Plaintiff Searcy requested and received the SCAN Reports, which she claims violate the FCRA, in the Northern District of Illinois, venue is proper in this court pursuant to 28 U.S.C. § 1391(c). Compl. ¶ 7

**RESPONSE:**


7. Plaintiff Gladys Searcy requested and received a "SCAN Consumer File Disclosure Report" in January 2005. Declaration of Tonya Weber, Senior Audit Compliance Specialist for eFunds Corporation ("Weber Declaration") ¶ 5 ; *id.* Exhibit 1 (SCAN Consumer Report Order Form, received from Gladys Searcy, dated Jan. 18, 2005); *id.* Exhibit 2 (SCAN Report sent to Gladys Searcy, dated Jan. 21, 2005).

**RESPONSE:**


8. The January 2005 SCAN Report, attached as Exhibit 1 to the Weber Declaration, contains no material differences from the SCAN Reports attached as exhibits to Plaintiff's Complaint. *Compare* Weber Dec., Ex. 2 *with* Compl. Ex. 1, Ex. 2.

**RESPONSE:**

Respectfully Submitted,

s/ David R. Esquivel_____
David R. Esquivel (pro hac vice)
Jeffrey P. Yarbro (pro hac vice)
BASS, BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN  37238-3001
Phone:  615-742-6200
Fax:     615-742-0405

David L. Hartsell
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL  60601-1818
Phone: 312-750-8898
Fax:    312-920-6766

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I do hereby certify I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 5th day of May, 2008, which will send a notice of electronic filing to the following:

                Edward H. Nielson (IL Bar #0252296)
                Scott L. Anderson (IL Bar #6269332)
                Pretzel & Stouffer, Chartered
                One South Wacker Drive
                Suite 2500
                Chicago, IL  60606

                *Co-Counsel for the Plaintiff*

                M. Reid Estes, Jr.
                Martin D. Holmes
                Stewart, Estes & Donnell, PLC
                Fifth Third Center
                424 Church Street
                Suite 1401
                Nashville, Tennessee 37219

                *Lead Attorneys for Plaintiff*


                s/ David R. Esquivel
                David R. Esquivel

6789865.2