# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Gladys Searcy

                        Plaintiff,

v.                                              Case No.: 1:08–cv–00985
                                                Honorable Charles P. Kocoras

eFunds Corporation, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 6/3/2008. Answer to defendants' motion [17] for summary judgment is due 6/24/2008. Said answer is limited to 20 pages. Reply is due 7/1/2008. Ruling set for 8/14/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.