IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLADYS SEARCY, individually and on behalf of all others similarly situated, | ) ) ) | NO. 08 C 00985 |
| Plaintiff, | ) ) ) | JUDGE KOCORAS |
| vs. | ) ) | MAGISTRATE JUDGE COX |
| eFUNDS CORPORATION, et al., | ) ) ) | CLASS ACTION COMPLAINT |
| Defendants. | ) ) | JURY DEMAND |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Plaintiff responds to Defendants' Statement of Undisputed Material Facts as follows:

1.  Plaintiff Gladys Searcy is a resident and citizen of Chicago, Illinois. Compl. ¶ 8.

    **RESPONSE:** Admitted.

2.  Defendant eFunds Corporation is a Delaware corporation with its principal place of business in Scottsdale, Arizona. Compl. ¶ 9.

    **RESPONSE:** Admitted.

3.  Defendant Deposit Payment Protection Services, Inc. is a Delaware corporation with its principal place of business in Scottsdale, Arizona. Compl. ¶ 12.

    **RESPONSE:** Admitted.

4.  Plaintiff Gladys Searcy has filed a cause of action in the Northern District of

Illinois, claiming that Defendants have violated the Fair Credit Reporting Act ("FCRA") "by refusing or failing to provide consumers with disclosures that comply with 15 U.S.C. § 1681g." Compl. ¶ 2. Specifically, Plaintiff alleges that Defendants have a uniform policy, practice and procedure for responding to consumers' requests for disclosures, and that Defendants' disclosures fail to provide (1) all information in the consumer's file at the time of the request, (2) the sources of the information in the consumer's file, and (3) the names of the persons who procured consumer reports from Defendants regarding the consumer during the one-year period preceding the consumer's request. *Id.* ¶¶ 57-60.

**RESPONSE:** Admitted.

5. Because Plaintiff's cause of action arises under FCRA, this Court has jurisdiction pursuant to 28 U.S.C. § 1331. Compl. ¶ 6.

**RESPONSE:** Admitted.

6. Because Defendants conduct business in the State of Illinois and Plaintiff Searcy requested and received the SCAN Reports, which she claims violate the FCRA, in the Northern District of Illinois, venue is proper in this court pursuant to 28 U.S.C. § 1391 (c). Compl. ¶ 7.

**RESPONSE:** Admitted.

7. Plaintiff Gladys Searcy requested and received a "SCAN Consumer File Disclosure Report" in January 2005. Declaration of Tonya Weber, Senior Audit Compliance Specialist for eFunds Corporation ("Weber Declaration") ¶ 5; *id.* Exhibit 1 (SCAN Consumer Report Order Form, received from Gladys Searcy, dated Jan. 18, 2005); *id.* Exhibit 2 (SCAN

Report sent to Gladys Searcy, dated Jan. 21, 2005).

**RESPONSE:** Plaintiff admits that she requested a file disclosure under the FCRA in January 2005 and that she received a document titled "SCAN CONSUMER FILE DISCLOSURE" in January 2005. *Searcy Decl., Paras. 6 – 7; Weber Decl., Exh. 1.*

8.　　The January 2005 SCAN Report, attached as Exhibit 1 to the Weber Declaration, contains no material differences from the SCAN Reports attached as exhibits to Plaintiff's Complaint. *Compare* Weber Dec., Ex. 2 *with* Compl. Ex. 1, Ex. 2.

**RESPONSE:** Plaintiff admits that the January 2005 SCAN Report is in the same format as the SCAN Reports dated September 15, 2005 and October 12, 2006, which are attached as Exhibits to Plaintiff's Complaint. The documents speak for themselves and Plaintiff objects to the language "contains no material differences" in Paragraph 8, which is not a statement of fact, but a conclusion asserted by Defendants.

> Respectfully submitted,
>
> STEWART, ESTES & DONNELL, PLC
>
> By: s/ Martin D. Holmes
> 　　　M. Reid Estes, Jr., TN Bar #9043
> 　　　Martin D. Holmes, TN Bar #12122
> 　　　Fifth Third Center, Suite 1401
> 　　　424 Church Street
> 　　　Nashville, TN 37219
> 　　　(615) 244-6538
>
> 　　　*Lead Attorneys for Plaintiffs*

PRETZEL & STOUFFER, CHARTERED

By: s/ Scott L. Anderson
    Edward H. Nielsen (IL Bar #0252296)
    Scott L. Anderson (IL Bar #6269332)
    One South Wacker Drive
    Suite 2500
    Chicago, IL 60606
    (312) 346-1973

*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2008, a true and exact copy of the foregoing has been served upon filing users through the Electronic Filing System and to all parties not served through the Electronic Filing System via U.S. Mail to:

David R. Esquivel, Esq.
Jeffrey P. Yarbro, Esq.
BASS, BERRY & SIMS, PLC
AmSouth Center, Suite 2700
315 Deaderick Street
Nashville, TN 37238-3001

David L. Hartsell, Esq.
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818

*Attorneys for Defendants*

/s/ Martin D. Holmes
Martin D. Holmes