ATTACHMENT 1

16 C.F.R. § 610.1

Westlaw.

Page 1

16 C.F.R. § 610.1

C

**Effective: [See Text Amendments]**

Code of Federal Regulations Currentness
  Title 16. Commercial Practices
    Chapter I. Federal Trade Commission
      Subchapter F. Fair Credit Reporting Act (Refs & Annos)
        Part 610. Free Annual File Disclosures (Refs & Annos)

→ § 610.1 Definitions and rule of construction.

(a) The definitions and rule of construction set forth in this section apply throughout this part.

(b) Definitions.

(1) Annual file disclosure means a file disclosure that is provided to a consumer, upon consumer request and without charge, once in any 12-month period, in compliance with section 612(a) of the Fair Credit Reporting Act, 15 U.S.C. 1681j(a).

(2) Associated consumer reporting agency means a consumer reporting agency that owns or maintains consumer files housed within systems operated by one or more nationwide consumer reporting agencies.

(3) Consumer means an individual.

(4) Consumer report has the meaning provided in section 603(d) of the Fair Credit Reporting Act, 15 U.S.C. 1681a(d).

(5) Consumer reporting agency has the meaning provided in section 603(f) of the Fair Credit Reporting Act, 15 U.S.C. 1681a(f).

(6) Extraordinary request volume, except as provided in sections 610.2(i) and 610.3(g) of this part, occurs when the number of consumers requesting or attempting to request file disclosures during any 24-hour period is more than 175% of the rolling 90-day daily average of consumers requesting or attempting to request file disclosures. For example, if over the previous 90 days an average of 100 consumers per day requested or attempted to request file disclosures, then extraordinary request volume would be any volume greater than 175% of 100, i.e., 176 or more requests in a single 24-hour period.

(7) File disclosure means a disclosure by a consumer reporting agency pursuant to section 609 of the Fair Credit Reporting Act, 15 U.S.C. 1681g.

(8) High request volume, except as provided in sections 610.2(i) and 610.3(g) of this part, occurs when the number of consumers requesting or attempting to request file disclosures during any 24-hour period is more than 125% of the rolling 90-day daily average of consumers requesting or attempting to request file disclosures. For example, if over the previous 90 days an average of 100 consumers per day requested or attempted to request file disclosures, then high request volume would be any volume greater than 125% of 100, i.e., 126 or more requests in a single 24-hour period.

(9) Nationwide consumer reporting agency means a consumer reporting agency that compiles and maintains files on consumers on a nationwide basis as defined in section 603(p) of the Fair Credit Reporting Act, 15 U.S.C. 1681a(p).

(10) Nationwide specialty consumer reporting agency has the meaning provided in section 603(w) of the Fair Credit Reporting Act, 15 U.S.C. 1681a(w).

(11) Request method means the method by which a consumer chooses to communicate a request for an annual file disclosure.

(c) Rule of construction. The examples in this part are illustrative and not exclusive. Compliance with an example, to the extent applicable, constitutes compliance with this part.

SOURCE: 69 FR 35496, June 24, 2004, unless otherwise noted.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

16 C.F.R. § 610.1

AUTHORITY: Pub.L. 108-159, sections 211 (a) and (d).

16 C. F. R. § 610.1, 16 CFR § 610.1

Current through July 7, 2006; 71 FR 38538

Copr. © 2006 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.