IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GLADYS SEARCY, <br> individually and on behalf of all <br> others similarly situated, <br> Plaintiff, <br><br> vs <br><br> eFUNDS CORPORATION, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO. 08 C 00985 <br> JUDGE KOCORAS <br><br> MAGISTRATE JUDGE COX <br><br> CLASS ACTION COMPLAINT <br> JURY DEMAND |

### DECLARATION OF GLADYS SEARCY

I, GLADYS SEARCY, do hereby state and affirm as follows:

1.  My name is Gladys Searcy and I am a resident and citizen of Chicago, Illinois. I am over eighteen years of age and provide this Declaration based on my personal knowledge.

2.  I filed the above-captioned matter individually and on behalf of other similarly situated consumers who have requested file disclosures from Defendants under the Fair Credit Reporting Act.

3.  In January 2005, I was shopping at a local merchant and presented a personal check as the method of payment. My check was declined and the merchant provided me with contact information for SCAN. I do not know why my check was declined.

4.  Shortly after this happened, I contacted SCAN and was directed to their website to print and complete a form to request a consumer file disclosure under the Fair Credit Reporting Act.

5.  I have reviewed Exhibit 1 to the Declaration of Tonya Weber. It is a copy of the "SCAN Consumer Report Order Form" that I completed and sent to SCAN on January 18, 2005, however my address and parts of my bank account and driver license number have been redacted.

6.  My purpose for sending the "SCAN Consumer Report Order Form" was to request a

copy of my file disclosure under the Fair Credit Reporting Act. In particular, I wanted to find out what information may be contained in SCAN's files, including anything that would cause my check to be declined at a local merchant.

7. Shortly thereafter, I received a cover letter dated January 21, 2005, along with a document titled "SCAN CONSUMER FILE DISCLOSURE." I have reviewed Exhibit 1 to the Declaration of Tonya Weber. It is substantially similar to the cover letter and "SCAN CONSUMER FILE DISCLOSURE" that I received, however parts of my bank account and driver license number have been redacted.

8. The January 21, 2005, "SCAN CONSUMER FILE DISCLOSURE" did not provide me with any information regarding the reasons for my check decline at the local merchant, any sources of information that had been provided to SCAN or the identity of merchants who obtained a consumer report from SCAN during the 12-month period preceding my request for the file disclosure on January 18, 2005.

9. Based on the "SCAN CONSUMER FILE DISCLOSURE," I was unable to identify which merchants had used SCAN to process my checks from January 18, 2004, through January 18, 2005.

10. In September 2005, I was shopping at a local merchant and presented a personal check as the method of payment. My check was declined and the merchant provided me with contact information for SCAN. I do not know why my check was declined.

11. Shortly after this happened, I contacted SCAN and requested a consumer file disclosure under the Fair Credit Reporting Act. At that time, I wanted to find out what information may be contained in SCAN's files, including anything that would cause my check to be declined at a local merchant.

12. Shortly thereafter, I received a cover letter dated September 15, 2005, along with a

document titled "SCAN CONSUMER FILE DISCLOSURE REPORT." The REPORT states was prepared on September 15, 2005. A copy of the September 15, 2005, cover letter and the September 15, 2005 "SCAN CONSUMER FILE DISCLOSURE REPORT" are attached hereto as Exhibit 1 (bank account and driver license numbers partially redacted).

13. The September 15, 2005, "SCAN CONSUMER FILE DISCLOSURE REPORT" did not provide me with any information regarding the reasons for my check decline at the local merchant, any sources of information that had been provided to SCAN or the identity of merchants who obtained a consumer report from SCAN during the 12-month period preceding my request for the file disclosure on September 2005. In fact, other than restating the identifiers that I provided (3 bank account numbers and one driver license number), the REPORT was blank.

14. Based on the "SCAN CONSUMER FILE DISCLOSURE REPORT," I was unable to identify which merchants had used SCAN to process my checks from September 2004 through September 2005.

15. In early October 2006, I was shopping at a local merchant and presented a personal check as the method of payment. My check was declined and the merchant provided me with contact information for SCAN. I do not know why my check was declined.

16. After this happened, I contacted SCAN and requested a consumer file disclosure under the Fair Credit Reporting Act. At that time, I wanted to find out what information was contained in SCAN's files, including anything that would cause my check to be declined.

17. Shortly thereafter, I received a cover letter dated October 12, 2006, along with a document titled "SCAN CONSUMER FILE DISCLOSURE REPORT." The REPORT states that it was prepared on October 12, 2006. A copy of the October 12, 2006, cover letter and the October 12, 2006 "SCAN CONSUMER FILE DISCLOSURE REPORT" are attached hereto as Exhibit 2 (bank account and driver license numbers partially redacted).

18. The October 12, 2006, "SCAN CONSUMER FILE DISCLOSURE REPORT" did not provide me with any information regarding the reasons for my check decline at the local merchant, any sources of information that had been provided to SCAN or the identity of merchants who obtained a consumer report from SCAN during the 12-month period preceding my request for the file disclosure in October 2006.

19. Based on the October 2006 "SCAN CONSUMER FILE DISCLOSURE REPORT," I was not able to identify which merchants had used SCAN to process my checks from October 2005, through October 2006.

20. Based on the three (3) "SCAN CONSUMER FILE DISCLOSURES," I have no idea what SCAN's files contain related to me or the checks that I may (or may not) have written. I am concerned about identity theft and it is important for me to know what is contained in my files at SCAN. In addition, I am concerned that SCAN may have mistakenly confused another consumer with me, which could have adverse consequences on my credit rating and future check writing abilities.

21. To this day, I do not know why my checks were declined in January 2005, September 2005 or October 2006.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed this 23rd day of June, 2008.

GLADYS SEARCY