# EXHIBIT 1

Letter to Gladys Searcy dated 9/15/05 from SCAN

Deposit Payment Protection Services, Inc.
7805 Hudson Rd, Suite 100
Woodbury MN 55125


September 15, 2005                                    PRIVATE AND CONFIDENTIAL


GLADYS J. SEARCY
9163 S CLAREMONT AVE
CHICAGO IL 60620
Re: Your inquiry of September 14, 2005

Dear Gladys Searcy:

The enclosed SCAN Report contains the information which you requested.

If you have any questions or concerns with respect to this information, please contact SCAN Consumer Referral Services at 1-800-358-4506

SCAN provides information about checks returned by financial institutions and other account information which retailers and other businesses use to reduce their returned check losses and to improve their customer service

Sincerely,

SCAN Consumer Referral Services
Deposit Payment Protection Services, Inc.


Enclosure:  SCAN Report








Please include this number in all correspondence: 32-411415864-4774337

CONFIDENTIAL -- for the use of:

Gladys J. Searcy                                    SCAN CONSUMER FILE DISCLOSURE REPORT
9163 S Claremont Ave

This report was prepared September 15, 2005 at 08:22 a.m. Pacific time.
This information has been prepared by the Deposit Payment Protection Services,
Inc. (formerly known as Deluxe Payment Protection Systems) offices. Retailers
and other businesses that subscribe to SCAN may require approximately two
business days to update the SCAN database for any recent changes to your file.

Should you have questions regarding this information, please call (800)358-4508 or
write to 7805 Hudson Rd, Suite 100 ,Woodbury  MN  55125 and refer to your SCAN
Reference Number: 411415864

------------------------------- IDENTIFICATION -------------------------------

This report is based upon the following identification information you have
provided to SCAN:

    Bank/Financial Institution Account Number: 04
    Bank/Financial Institution Account Number: ▇▇▇▇▇▇▇▇▇▇89
    Bank/Financial Institution Account Number: ▇▇▇▇▇▇▇▇▇▇03
    Driver's License/ID Number:   IL ▇▇▇▇▇▇▇88

------------------------ REPORTING SOURCE/PAYEE CONTACT INFORMATION ------------------------

------------------------ CONSUMER STATEMENT INFORMATION ------------------------

Please include this number in all correspondence: 32-411415864-4774337.
Page 1