# EXHIBIT 2

Letter to Gladys Searcy dated 10/12/06 from SCAN

Deposit Payment Protection Services, Inc.
7805 Hudson Rd, Suite 100
Woodbury  MN  55125

October 12, 2006                                PRIVATE AND CONFIDENTIAL

GLADYS J. SEARCY
9163 S CLAREMONT AVE
CHICAGO IL 60620
Re: Your Inquiry of October 10, 2006

Dear Gladys Searcy:

The enclosed SCAN Report contains the information which you requested.

If you have any questions or concerns with respect to this information, please contact SCAN Consumer Referral Services at 1-800-358-4508

SCAN provides information about checks returned by financial institutions and other account information which retailers and other businesses use to reduce their returned check losses and to improve their customer service

Sincerely,

SCAN Consumer Referral Services
Deposit Payment Protection Services, Inc.

Enclosure:  SCAN Report

Please include this number in all correspondence: 32-4114158864-4857384

```
CONFIDENTIAL -- for the use of:

Gladys J. Searcy                          SCAN CONSUMER FILE DISCLOSURE REPORT
9163 S Claremont Ave
```

This report was prepared October 12, 2006 at 07:31 a.m. Pacific time. this information has been prepared by the Deposit Payment Protection Services, Inc. (formerly known as Deluxe Payment Protection Systems) offices. Retailers and other businesses that subscribe to SCAN may require approximately two business days to update the SCAN database for any recent changes to your file.

Should you have questions regarding this information, please call (900)398-4500 or write to 7805 Hudson Rd, Suite 100, Woodbury MN 55125 and refer to your SCAN Reference Number: 411415864.

To resolve individual items with a 'RETURNED' status, please contact the Reporting Source/Payee. REPORTING SOURCE/PAYEE CONTACT INFORMATION can be found following the FILE INFORMATION section. A brief definition of the terms used in the *STATUS* column can be found at the end of this report.

============================= IDENTIFICATION =============================

This report is based upon the following identification information you have provided to SCAN:

```
    Bank/Financial Institution Account Number:  ████████04
    Bank/Financial Institution Account Number:  ████████69
    Bank/Financial Institution Account Number:  ████████03
    Driver's License/ID Number:  IL ████████68
```

============================= FILE INFORMATION =============================

This section contains check information furnished to SCAN by the Reporting Sources identified below:

Driver's License/ID Number: IL ████████88

| REPORTING SOURCE/PAYEE | STORE# | CHECK DATE | CHECK# | CHECK AMT | STATUS |
|---|---|---|---|---|---|
| Chexsystems | | 02/01/2006 | | $0.00 | CLEARED 02/06/2006 |

Driver's License/ID Number: IL ████████88

| REPORTING SOURCE/PAYEE | STORE# | CHECK DATE | CHECK# | CHECK AMT | STATUS |
|---|---|---|---|---|---|
| Chexsystems | | 02/01/2006 | | $0.00 | CLEARED 02/06/2006 |

Please include this number in all correspondence: 32-411415864-4857384.
Page 3

```
Chexsystems                    STORE #   606
(800) 513-7125           MON-FRI 8AM-6:30PM CST

========================  CONSUMER STATEMENT INFORMATION  ========================


THE FOLLOWING ARE BRIEF DEFINITIONS OF THE TERMS USED IN THE *STATUS* COLUMN:

RETURNED:         Refers to a returned check and certain collection accounts report
                  to SCAN by retailers and other businesses.
ACCOUNT CLOSED:   Refers to an account number reported to SCAN as a closed account.
CLEARED:          For items listed as Account Closed, a 'cleared' status means the
                  account status has been changed to reflect that the account has
                  been re-opened.
CLEARED:          For items not listed as Account Closed, a 'cleared' status means
                  that the item has been paid or otherwise resolved.
DISPUTED:         Refers to items that have been disputed at SCAN by the consumer.
```

```
Please include this number in all correspondence: 32-411415864-4857384.
Page 2
```