# EXHIBIT 1

09/13/05  12:56 FAX 8476050483        AUDIT BUREAU CIRCULATIO          @001/001

Page 1 of 2

Printable Order Form

Attn: Consumer Referral Services
1-800-358-4506

## SCAN Consumer Report Order Form

Obtaining information under false pretenses is illegal. Obtaining a report on someone other than yourself is punishable by law, and can result in fines and/or imprisonment.

To process your request for a SCAN report, we need the following information:

Last Name: Searcy
First Name: Gladys
Middle Name or Initial: J.
Address:* 9163 S. Claremont Ave
(Street, PO Box, Apt #)
City: Chicago   State: IL   Zip: 60620
Daytime Phone:* (847) 879-8259
Evening Phone:* (312) 218-7967
Bank Routing Number (nine digits): 114924742
Checking Account Number: 1365595403

If your check writing privileges were declined by a retailer please provide the following:

Retailer Name: ____
City and State: ____
Date Check was Declined: ____

Circle the type of ID(s) used and provide the necessary information for that ID.

U.S. Drivers License   Number: S620290586988   State of issuance: IL
State ID               Number: ____              State of issuance: ____
Military ID            Number: ____
Resident Alien Card    Number: ____

Signature: /s/ Gladys Searcy    Date: 9/13/05

*SCAN will correspond with you at the above address and phone numbers unless you request otherwise

https://www.consumerdebit.com/consumerinfo/us/en/scan/report/en_orderform.html         9/13/2005